```
                         United States Bankruptcy Court
                             District of Puerto Rico
In re:                                                      Case No. 12-07985-BKT
ADALBERTO PEREZ ORTIZ                                       Chapter 7
          Debtor              CERTIFICATE OF NOTICE
District/off: 0104-3         User: borregom            Page 1 of 2           Date Rcvd: Mar 14, 2013
                             Form ID: pdf002           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2013.
 db           +ADALBERTO PEREZ ORTIZ,    BO GUAVATE,   SEC LA GRUA 21111,   CAYEY, PR 00736-9402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 16, 2013**                          Signature: _Joseph Speetjens_

```
District/off: 0104-3          User: borregom              Page 2 of 2                  Date Rcvd: Mar 14, 2013
                              Form ID: pdf002            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2013 at the address(es) listed below:
          MARIA S JIMENEZ MELENDEZ   on behalf of Creditor   RG PREMIER BANK OF PR now SCOTIABANK OF PR
           attymjm@gmail.com, mjimenez@mpjlawpr.com,quiebra@prw.net
          MONSITA LECAROZ ARRIBAS   ustpregion21.hr.ecf@usdoj.gov
          NOEMI LANDRAU   trusteenotices@landraulaw.com, nlandrau@ecf.epiqsystems.com
          NOEMI LANDRAU   on behalf of Trustee NOEMI LANDRAU trusteenotices@landraulaw.com,
           nlandrau@ecf.epiqsystems.com
          ROSAMAR GARCIA FONTAN   on behalf of Creditor   DORAL BANK rgarcia@fgrlaw.com,
           acordero@fgrlaw.com,jnieves@fgrlaw.com
          ROSANA MORENO RODRIGUEZ   on behalf of Debtor ADALBERTO PEREZ ORTIZ
           rosana.moreno@morenoandmorenolaw.com,
           mogagar@gmail.com;alejandra.soltero@morenoandmorenolaw.com;ines.rodriguez@morenoandmorenolaw.com;
           brenda.marrero@morenoandmorenolaw.com;info@morenoandmorenolaw.com;rosanamo@gmail.com
          TANIA M VAZQUEZ MALDONADO   on behalf of Creditor   POPULAR AUTO tvazquez@bppr.com
                                                                                                       TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ADALBERTO PEREZ ORTIZ     CASE NO. 12-07985 BKT

Chapter 7

XXX-XX-4268

**FILED & ENTERED ON 03/14/2013**

Debtor(s)

ORDER

The Chapter 7 Trustee to supplement the application for employment (docket #27) within fourteen (14) days in accordance with PR LBR 2014-1(a) or the same will be denied without further notice or hearing.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 14 day of March, 2013.

Brian K. Tester
U.S. Bankruptcy Judge

CC: DEBTOR(S)
ROSANA MORENO RODRIGUEZ
NOEMI LANDRAU