United States Bankruptcy Court
District of Puerto Rico

In re:                                                                    Case No. 12-07985-BKT
ADALBERTO PEREZ ORTIZ                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0104-3          User: machargoa          Page 1 of 2          Date Rcvd: Apr 25, 2013
                             Form ID: pdf002           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2013.
db             +ADALBERTO PEREZ ORTIZ,   BO GUAVATE,   SEC LA GRUA 21111,   CAYEY, PR 00736-9402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 27, 2013                    Signature:    _Joseph Speetjens_

```
District/off: 0104-3          User: machargoa          Page 2 of 2                    Date Rcvd: Apr 25, 2013
                              Form ID: pdf002          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2013 at the address(es) listed below:
              MARIA S JIMENEZ MELENDEZ    on behalf of Creditor    RG PREMIER BANK OF PR now SCOTIABANK OF PR
               attymjm@gmail.com,   mjimenez@mpjlawpr.com,quiebra@prw.net
              MONSITA  LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
              NOEMI  LANDRAU    trusteenotices@landraulaw.com,  nlandrau@ecf.epiqsystems.com
              NOEMI  LANDRAU    on behalf of Trustee NOEMI   LANDRAU trusteenotices@landraulaw.com,
               nlandrau@ecf.epiqsystems.com
              ROSAMAR  GARCIA FONTAN    on behalf of Creditor    DORAL BANK rgarcia@fgrlaw.com,
               acordero@fgrlaw.com,jnieves@fgrlaw.com
              ROSANA  MORENO RODRIGUEZ    on behalf of Debtor ADALBERTO   PEREZ ORTIZ
               rosana.moreno@morenoandmorenolaw.com,
               mogagar@gmail.com;alejandra.soltero@morenoandmorenolaw.com;ines.rodriguez@morenoandmorenolaw.com;
               brenda.marrero@morenoandmorenolaw.com;info@morenoandmorenolaw.com;rosanamo@gmail.com
              TANIA M VAZQUEZ MALDONADO    on behalf of Creditor    POPULAR AUTO tvazquez@bppr.com
                                                                                         TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

### Minute Entry

***Hearing Information:***

**Debtor**:  ADALBERTO PEREZ ORTIZ
**Case Number**:  12-07985-BKT7                    **Chapter:** 7
**Date / Time / Room**: 4/24/2013 9:00 AM
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**:  AIDA MACHARGO
**Reporter / ECR**:   INECITA COLLAZO
***Matter:***

Trustee's objection to debtors claim of exemptions over real property (#15); Debtor's
opposition (#28); Chapter 7 trustee's sur-reply (#29).

***Appearances:***

***Proceedings:***

**ORDER:**

Debtor's motion to inform and request for time (docket #38) was granted. The hearing
becomes moot.

SO ORDERED.

                                        /S/BRIAN K. TESTER
                                        U.S. Bankruptcy Judge