**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 12-07985 | BKT | Judge: | Brian K. Tester | Trustee Name: | NOREEN WISCOVITCH-RENTAS |
|---|---|---|---|---|---|---|
| Case Name: | ADALBERTO PEREZ ORTIZ | | | | Date Filed (f) or Converted (c): | 10/06/2012 (f) |
| | | | | | 341(a) Meeting Date: | 11/14/2012 |
| For Period Ending: | 03/31/2016 | | | | Claims Bar Date: | 02/12/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY<br><br>Real property at Bo. Guavate Carr. 184 Km. 32.2, Cayey, PR<br>Motion for sale filed at docket no. 56 on 11/19/2014. | 170,000.00 | 89,293.55 | | 110,226.00 | FA |
| 2. Financial Accounts<br><br>Fully exempt as claimed by Debtor in Schedule C. | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods<br><br>Fully exempt as claimed by Debtor in Schedule C. | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel<br><br>Fully exempt as claimed by Debtor in Schedule C. | 500.00 | 0.00 | | 0.00 | FA |
| 5. Furs and Jewelry<br><br>Fully exempt as claimed by Debtor in Schedule C. | 500.00 | 0.00 | | 0.00 | FA |
| 6. Vehicles<br><br>Fully exempt as claimed by Debtor in Schedule C. | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Machinery and Supplies<br><br>Fully exempt as claimed by Debtor in Schedule C. | 10,275.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $186,275.00     $89,293.55     $110,226.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Accountant hired and Accountant requested extension of time to prepare capital gain tax returns. - Noreen Wiscovitch 4/24/2016
Real Estate property sold in 2015. Trustee to review Claims. Await preparation of Tax return next year to TFR. April 12, 2015, 11:00 pm

Initial Projected Date of Final Report (TFR): 12/31/2015     Current Projected Date of Final Report (TFR): 12/31/2016

Trustee Signature:     /s/ NOREEN WISCOVITCH-RENTAS     Date: 04/27/2016

NOREEN WISCOVITCH-RENTAS  
PMB #136  
400 Kalaf Street  
SAN JUAN, PR 00918  
(787) 946-0132  
noreen@nwr-law.com