IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: Case No. 12-07985- BKT

**ADALBERTO PEREZ ORTIZ** Chapter 7

    **Debtor.**
_____/

REPORT OF TRUSTEE UNDER FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3011

TO THE HONORABLE COURT:

    COMES NOW, NOREEN WISCOVITCH-RENTAS, the Chapter 7 trustee in this case, and respectfully states, alleges, and pays:

1. The Trustee of the above estate, reports that the below listed checks(s) has (have) not been cashed by the bank upon which drawn. Over (90) days have lapsed since its issuance.

| Claim No. | Name | Amount |
|---|---|---|
| Exemption paid TO DEBTOR | Adalberto Perez Ortiz | Ck. No. 3006 $12,675 |

Accordingly, by Check No. 3003 in the amount of $12,675, the Trustee hereby consigns the funds to the Clerk of the Court, in Compliance with the provisions of 11 U.S.C. Section 347(a).

WHEREFORE, said Trustee prays the Court to take notice of the above.

RESPECTFULLY SUBMITTED, this 29th day of August, 2016.

I HEREBY CERTIFY that a true and correct copy of the foregoing has

1

been sent to by U.S. First Class Mail to: Adalberto Perez Ortiz, Bo. Guavate, Sec. La Grua 21111, Cayey, Puerto Rico 00736, on this same date.

**/s Noreen Wiscovitch-Rentas**
**NOREEN WISCOVITCH RENTAS**
**Chapter 7 Trustee**
**PMB 136**
**400 Kalaf Street**
**San Juan, Puerto Rico 00918**
**Tel: (787) 946-0132**
**noreen@nwr-law.com**