United States Bankruptcy Court
District of Puerto Rico

In re:                                                                Case No. 12-07985-BKT
ADALBERTO PEREZ ORTIZ                                                 Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0104-3          User: reyesw          Page 1 of 2          Date Rcvd: Oct 19, 2016
                              Form ID: pdf001       Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2016.
```
db          +ADALBERTO PEREZ ORTIZ,    BO GUAVATE,   SEC LA GRUA 21111,    CAYEY, PR 00736-9402
smg          DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR 00902-4140
smg          FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR 00902-0192
smg          PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,   12 FLOOR,
              SAN JUAN, PR 00918
cr           DORAL BANK,    FIDDLER GONZALEZ & RODRIGUEZ PSC,    PO BOX 363507,    SAN JUAN, PR 00936-3507
cr          +RG PREMIER BANK OF PR now SCOTIABANK OF PR,    MONTANEZ AND ALICEA LAW OFFICE,
              500 MUNOZ RIVERA AVE.,    COND. EL CENTRO I,   SUITE 211-214,    HATO REY, PR 00918-3300
3559906     +ASUME,   PO BOX 71414,    SAN JUAN, PR 00936-8514
3559908      BORINQUEN MARBLE SERVICE INC,    MARIO JULIA INDUSTRIAL,    255 CALLE 15 NORTHWEST SUITE 100,
              SAN JUAN, PR 00920-2109
4111515     +CAPITAL CROSSING PUERTO RICO LLC,    FBO BAUTISTA CAYMAN ASSET COMPANY,    PO BOX 70111,
              SAN JUAN PR 00936-8111
3559909      CARLOS ROBLES TILE & STONE,    PO BOX 193249,    SAN JUAN, PR 00919-3249
3559910    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: CITICORP CREDIT SERVICES,     CENTRALIZED BANKRUPTCY,    PO BOX 20507,
              KANSAS CITY, MO 64153)
3559911      CLARO,    PO BOX 70366,    SAN JUAN, PR 00936-8366
3559912      CORPORACION DEL FONDO DEL SEGURO DEL,    ESTADO,    PO BOX 365028,    SAN JUAN, PR 00936-5028
3559914     +DEPARTAMENTO DE HACIENDA,    CAPITOL CENTER TORRE NORTE SUITE 1504,    235 AVE. ARTERIAL HOSTOS,
              SAN JUAN, PR 00918-1451
3559915      DEPARTAMENTO DEL TRABAJO Y RECURSOS,    HUMANOS SECC DE CONTRIBUCIONES,    PO BOX 191020,
              SAN JUAN, PR 00919-1020
3660870      DORAL BANK,    P.O. BOX 70308,    SAN JUAN, PR 00936-8308
3559916      DORAL FINANCIAL,    PO BOX 71529,    SAN JUAN, PR 00936-8629
3559918      FORMICA CORP.,    CENTRO INDUSTRIAL BO. PALMAS,    CALLE 7 EDFICIO C,    CATAO, PR 00962
3559919      HOME DEPOT CREDIT SERVICES,    PO BOX 9055,    DES MOINES, IA 50368
3559921      LCDA. ANNABELLE TORRES,    PO BOX 9023855,    SAN JUAN, PR 00902-3855
3559922      LCDO. PEDRO E. ORTIZ ALVAREZ,    PO BOX 9009,    PONCE, PR 00732-9009
3559923      MRS. NELLY E. RODRIGUEZ ORTIZ,    PO BOX 2406 PMB 290,    CAYEY, PR 00736
3559924      MUNICIPIO AUTONOMO DE CAYEY,    PO BOX 371330,    CAYEY, PR 00737-1330
3559925      POPULAR AUTO,    PO BOX 15011,    SAN JUAN, PR 00902-8511
3677517     +Puerto Rico Department of Labor,    Collection Unit - 12th Floor,    PO Box 191020,
              San Juan PR 00919-1020
3626907      RG PREMIER BANK OF PR now SCOTIABANK OF PR,    PO BOX 2510,    GUAYNABO PR 00970-2510
3559926      RICARDO BENITEZ AIR COND,    PO BOX 423,    CAYEY, PR 00737
3559927      SCOTIABANK,    CENTRALIZED RETAIL COLLECTION UNIT,    PO BOX 362230,    SAN JUAN, PR 00936-2230
3565923      SCOTIABANK DE PUERTO RICO,    G.P.O. BOX 362649,    SAN JUAN, PUERTO RICO 00936-2649
3559928     +TECH PRODUCTS OF PR,    PO BOX 8710,    CAROLINA, PR 00988-8710
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Oct 19 2016 19:11:00     US TRUSTEE,
              EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1922
cr          +E-mail/Text: marilyn.gonzalez@popular.com Oct 19 2016 19:11:58     POPULAR AUTO,
              PO BOX 366818,    SAN JUAN, PR 00936-6818
3559907      E-mail/Text: kpp@bspr.com Oct 19 2016 19:11:45     BANCO SANTANDER PR,    PO BOX 362589,
              SAN JUAN, PR 00936-2589
3559913      E-mail/Text: cfigueroa@crimpr.net Oct 19 2016 19:12:07     CRIM,    PO BOX 195387,
              SAN JUAN, PR 00919-5387
3559920      E-mail/Text: cio.bncmail@irs.gov Oct 19 2016 19:10:35     IRS,    PO BOX 7346,
              PHILADELPHIA, PA 19101-7346
3559917      E-mail/Text: bknotices@orientalfg.com Oct 19 2016 19:11:59     EUROBANK,    LEASING DEPARTMENT,
              PO BOX 191009,    SAN JUAN, PR 00919-1009
3569429      E-mail/Text: marilyn.gonzalez@popular.com Oct 19 2016 19:11:58     POPULAR AUTO,
              BANKRUPTCY DEPARTMENT,    PO BOX 366818,    SAN JUAN PUERTO RICO 00936-6818
3575487      E-mail/Text: wcaraballo@fondopr.com Oct 19 2016 19:10:45     STATE INSURANCE FUND CORPORATION,
              PO BOX 365028,    SAN JUAN, PR 00936-5028
                                                                                             TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Bautista Cayman Asset Company
3641842      ASUME-NELLY RODRIGUEZ ORTIZ   PO BOX 71316 SAN JUAN
3583063*     POPULAR AUTO,    P.O. BOX 15011,    SAN JUAN, PR 00902-8511
                                                                                 TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0104-3          User: reyesw                 Page 2 of 2                   Date Rcvd: Oct 19, 2016
                              Form ID: pdf001              Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2016 at the address(es) listed below:
              ALBERT   TAMAREZ VASQUEZ    atamarez@tamarezcpa.com
              MARIA S JIMENEZ MELENDEZ    on behalf of Creditor   RG PREMIER BANK OF PR now SCOTIABANK OF PR
               attymjm@gmail.com,   quiebra@prw.net
              MONSITA  LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
              NOEMI   LANDRAU    on behalf of Trustee NOEMI   LANDRAU RIVERA nlandrau@landraulaw.com,
               assistant@landraulaw.com
              NOREEN   WISCOVITCH RENTAS    courts@nwr-law.com,   nwiscovitch@ecf.epiqsystems.com
              NOREEN   WISCOVITCH RENTAS    on behalf of Trustee NOREEN   WISCOVITCH RENTAS courts@nwr-law.com,
               nwiscovitch@ecf.epiqsystems.com
              RAFAEL A GONZALEZ VALIENTE    on behalf of Trustee NOEMI   LANDRAU RIVERA rgv@g-glawpr.com,
               zi@g-glawpr.com
              REBECA   CAQUIAS MEJIAS    on behalf of Creditor   Bautista Cayman Asset Company
               rcaquias@fgrlaw.com,
               rcaquias@ecf.courtdrive.com;acordero@fgrlaw.com;lferran@fgrlaw.com;rcabrera@fgrlaw.com
              ROSAMAR   GARCIA FONTAN    on behalf of Creditor   DORAL BANK rgarcia@fgrlaw.com,
               rgarcia@ecf.courtdrive.com;acordero@fgrlaw.com;lferran@fgrlaw.com;rcabrera@fgrlaw.com;cmoscoso@fg
               rlaw.com
              ROSANA   MORENO RODRIGUEZ    on behalf of Debtor ADALBERTO   PEREZ ORTIZ
               rmoreno@morenosolterolaw.com,
               asoltero@morenosolterolaw.com;ccabrera@morenosolterolaw.com;bmarrero@morenosolterolaw.com;info@mo
               renoandmorenolaw.com;G12144@notify.cincompass.com
              TANIA M VAZQUEZ MALDONADO    on behalf of Creditor   POPULAR AUTO tvazquez@bppr.com
                                                                                             TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO
HATO REY (SAN JUAN) DIVISION

In re: §
§
ADALBERTO PEREZ ORTIZ § Case No. 12-07985
§
Debtor §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that NOREEN WISCOVITCH-RENTAS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

      José V. Toledo Federal Building & US Courthouse
      300 Recinto Sur Suite 109
      San Juan, PR 00901

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/01/2016       By: Noreen Wiscovitch-Rentas
                            Chapter 7 Trustee

*NOREEN WISCOVITCH-RENTAS*
*PMB #136*
*400 Kalaf Street*
*SAN JUAN, PR  00918*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO
HATO REY (SAN JUAN) DIVISION

In re: §
§
ADALBERTO PEREZ ORTIZ § Case No. 12-07985
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 110,226.00 |
| and approved disbursements of | $ | 93,153.35 |
| leaving a balance on hand of[1] | $ | 17,072.65 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 1-2(A) | INTERNAL REVENUE SERVICE | $ 101,968.55 | $ 101,968.55 | $ 0.00 | $ 3,005.31 |
| 13A | CRIM | $ 128.64 | $ 128.64 | $ 0.00 | $ 0.00 |
| 5 | RG PREMIER BANK OF PR NOW SCOTIABAN | $ 21,976.62 | $ 21,976.62 | $ 0.00 | $ 0.00 |
| 7 | DORAL BANK | $ 25,841.19 | $ 25,841.19 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 3,005.31 |
| Remaining Balance | $ 14,067.34 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: NOREEN WISCOVITCH-RENTAS | $ 1,465.10 | $ 0.00 | $ 1,465.10 |
| Trustee Expenses: NOREEN WISCOVITCH-RENTAS | $ 95.85 | $ 0.00 | $ 95.85 |
| Attorney for Trustee Fees: LATIMER BIAGGI RACHID GODREAU | $ 2,150.00 | $ 2,150.00 | $ 0.00 |
| Attorney for Trustee Expenses: LATIMER BIAGGI RACHID GODREAU | $ 820.00 | $ 820.00 | $ 0.00 |
| Accountant for Trustee Fees: Albert Tamarez-Vasquez, Cpa | $ 505.50 | $ 0.00 | $ 505.50 |
| Accountant for Trustee Expenses: Albert Tamarez-Vasquez, Cpa | $ 54.70 | $ 0.00 | $ 54.70 |
| Other: NOEMI LANDRAU-RIVERA, Former Trustee | $ 6,662.45 | $ 0.00 | $ 6,662.45 |
| Other: Noemi Landrau-Rivera, Former Trustee | $ 606.74 | $ 0.00 | $ 606.74 |
| Other: PEDRO BETANCOURT DIAZ | $ 5,000.00 | $ 5,000.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $     9,390.34

Remaining Balance     $     4,677.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 484,124.42 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | ASUME-NELLY RODRIGUEZ ORTIZ PO BOX | $ 4,677.00 | $ 0.00 | $ 4,677.00 |
| 1-2(B) | INTERNAL REVENUE SERVICE | $ 52,252.58 | $ 0.00 | $ 0.00 |
| 4A | STATE INSURANCE FUND CORPORATION | $ 4,063.25 | $ 0.00 | $ 0.00 |
| 8 | MUNICIPIO AUTONOMO DE CAYEY | $ 56,450.64 | $ 0.00 | $ 0.00 |
| 9A | PUERTO RICO DEPARTMENT OF LABOR | $ 17,227.20 | $ 0.00 | $ 0.00 |
| 10A | PUERTO RICO DEPARTMENT OF LABOR | $ 1,345.38 | $ 0.00 | $ 0.00 |
| 11A | DEPARTAMENTO DE HACIENDA | $ 327,546.71 | $ 0.00 | $ 0.00 |
| 12A | PUERTO RICO DEPARTMENT OF LABOR | $ 12,064.24 | $ 0.00 | $ 0.00 |
| 14 | CRIM | $ 8,497.42 | $ 0.00 | $ 0.00 |

|  |  |
|---|---|
| Total to be paid to priority creditors | $ 4,677.00 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 266,988.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1-2(C) | INTERNAL REVENUE SERVICE | $ 30,063.88 | $ 0.00 | $ 0.00 |

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | SCOTIABANK DE PUERTO RICO | $ 5,261.41 | $ 0.00 | $ 0.00 |
| 4B | STATE INSURANCE FUND | $ 2,856.89 | $ 0.00 | $ 0.00 |
| 9B | DEPARTMENT OF LABOR | $ 17,913.96 | $ 0.00 | $ 0.00 |
| 10B | DEPARTMENT OF LABOR | $ 2,229.44 | $ 0.00 | $ 0.00 |
| 11B | DEPARTMENT OF TREASURY | $ 178,843.11 | $ 0.00 | $ 0.00 |
| 12B | DEPARTMENT OF LABOR | $ 7,038.11 | $ 0.00 | $ 0.00 |
| 13B | CENTRO DE RECAUDACIÓN INGRESOS MUNI | $ 19,337.47 | $ 0.00 | $ 0.00 |
| 3-2 | POPULAR AUTO | $ 3,444.12 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $                0.00

Remaining Balance     $                0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-NFR (10/1/2010) *(Page: 5)*

Prepared By: <u>Noreen Wiscovitch-Rentas</u>
                                       Chapter 7 Trustee

*NOREEN WISCOVITCH-RENTAS*
*PMB #136*
*400 Kalaf Street*
*SAN JUAN, PR 00918*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 6)*