**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**ADALBERTO PEREZ ORTIZ**<br>**aka ADALBERTO PEREZ, dba PEREZ**<br>**CONTRACTOR, dba PEREZ CONTRACTOR &**<br>**WOOD DESIGNER, dba EBANISTERIA**<br>**ADALBERTO, dba WOOD DESIGNERS**<br><br>xxx–xx–4268<br>66–0323555<br><br>Debtor(s) | Case No. **12–07985 BKT**<br><br>Chapter **7**<br><br>FILED & ENTERED ON 2/21/17 |

*ORDER DISCHARGING TRUSTEE AND CLOSING THE CASE*

NOREEN WISCOVITCH RENTAS the appointed trustee in this case, has filed a final report and final account and certification that the estate has been fully administered. The United States Trustee, has reviewed and certified that the estate has been fully administered.

WHEREFORE, pursuant to 11 U.S.C. §350(a) and Fed. R. Bankr. P. 5009(a), the Trustee is discharged, his bond for this case is cancelled, and this case is closed.

In San Juan, Puerto Rico, this Tuesday, February 21, 2017 .

*Brian K. Tester*
United States Bankruptcy Judge