United States Bankruptcy Court
District of Puerto Rico

In re:                                                                Case No. 12-07985-BKT
ADALBERTO PEREZ ORTIZ                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0104-3          User: munizgr              Page 1 of 1              Date Rcvd: Feb 21, 2017
                              Form ID: dt7a              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2017.
db             +ADALBERTO PEREZ ORTIZ,    BO GUAVATE,    SEC LA GRUA 21111,    CAYEY, PR 00736-9402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2017 at the address(es) listed below:
              ALBERT   TAMAREZ VASQUEZ    atamarez@tamarezcpa.com, atamarez@ecf.courtdrive.com
              MARIA S JIMENEZ MELENDEZ    on behalf of Creditor    RG PREMIER BANK OF PR now SCOTIABANK OF PR
               attymjm@gmail.com, quiebra@prw.net
              MONSITA  LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
              NOEMI  LANDRAU    on behalf of Trustee NOEMI  LANDRAU RIVERA nlandrau@landraulaw.com,
               assistant@landraulaw.com
              NOREEN  WISCOVITCH RENTAS    courts@nwr-law.com, nwiscovitch@ecf.epiqsystems.com
              NOREEN  WISCOVITCH RENTAS    on behalf of Trustee NOREEN  WISCOVITCH RENTAS courts@nwr-law.com,
               nwiscovitch@ecf.epiqsystems.com
              RAFAEL A GONZALEZ VALIENTE    on behalf of Trustee NOEMI  LANDRAU RIVERA rgv@g-glawpr.com,
               zi@g-glawpr.com
              REBECA  CAQUIAS MEJIAS    on behalf of Creditor    Bautista Cayman Asset Company
               rcaquias@fgrlaw.com,
               rcaquias@ecf.courtdrive.com;acordero@fgrlaw.com;lferran@fgrlaw.com;rcabrera@fgrlaw.com
              ROSAMAR  GARCIA FONTAN    on behalf of Creditor    DORAL BANK rgarcia@fgrlaw.com,
               rgarcia@ecf.courtdrive.com;acordero@fgrlaw.com;lferran@fgrlaw.com;rcabrera@fgrlaw.com;cmoscoso@fg
               rlaw.com
              ROSANA  MORENO RODRIGUEZ    on behalf of Debtor ADALBERTO  PEREZ ORTIZ
               rmoreno@morenosolterolaw.com,
               asoltero@morenosolterolaw.com;ccabrera@morenosolterolaw.com;bmarrero@morenosolterolaw.com;info@mo
               renoandmorenolaw.com;Gl2144@notify.cincompass.com
              TANIA M VAZQUEZ MALDONADO    on behalf of Creditor    POPULAR AUTO tvazquez@bppr.com
                                                                                             TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**ADALBERTO PEREZ ORTIZ**
**aka ADALBERTO PEREZ, dba PEREZ**
**CONTRACTOR, dba PEREZ CONTRACTOR &**
**WOOD DESIGNER, dba EBANISTERIA**
**ADALBERTO, dba WOOD DESIGNERS**

xxx–xx–4268
66–0323555

Debtor(s)

Case No. **12–07985 BKT**

Chapter **7**

**FILED & ENTERED ON 2/21/17**

### ORDER DISCHARGING TRUSTEE AND CLOSING THE CASE

NOREEN WISCOVITCH RENTAS the appointed trustee in this case, has filed a final report and final account and certification that the estate has been fully administered. The United States Trustee, has reviewed and certified that the estate has been fully administered.

WHEREFORE, pursuant to 11 U.S.C. §350(a) and Fed. R. Bankr. P. 5009(a), the Trustee is discharged, his bond for this case is cancelled, and this case is closed.

In San Juan, Puerto Rico, this Tuesday, February 21, 2017 .

Brian K. Tester
United States Bankruptcy Judge